**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| Acadia Insurance Company, )<br>)<br>  Plaintiff, )<br>) | **ORDER OF DISMISSAL** |
| vs. )<br>) | Case No. 3:20-cv-00008 |
| Quality Boneless Beef Company, Inc., )<br>)<br>  Defendant. ) | |

The parties filed a stipulation of dismissal on March 4, 2021. Doc. No. 31. The Court **ADOPTS** the stipulation in its entirety (Doc. No. 31) and **ORDERS** the action dismissed pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure with prejudice and without attorney's fees, costs, or disbursements to any party.

**IT IS SO ORDERED**.

Dated this 5th day of March, 2021.

　　　　　　　　　　　　　　　　　　　　*/s/ Peter D. Welte*
　　　　　　　　　　　　　　　　　　　　Peter D. Welte, Chief Judge
　　　　　　　　　　　　　　　　　　　　United States District Court